UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE INDUSTRIAL DEVELOPMENT CORPORATION OF SOUTH AFRICA LIMITED FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | 20 Misc. 264 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the motion to intervene filed by Oakbay Resources and Energy Limited, Oakbay Investments (Proprietary) Limited, and Action Investments Limited. (Dkt. #11-12). Applicant the Industrial Development Corporation of South Africa Limited shall file a response, if any, on or by September 11, 2020. Movants may file a reply on or by September 18, 2020.

SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge