UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE INDUSTRIAL DEVELOPMENT CORPORATION OF SOUTH AFRICA LIMITED FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | 20 Misc. 264 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' submissions regarding the motion to intervene filed by Oakbay Resources and Energy limited, Oakbay Investments (Proprietary) Limited, and Action Investments Limited (collectively, "Movants"). (Dkt. #11-12, 17). Because Movants have informed the Court that they do not intend to file a reply brief, the parties are hereby ORDERED to appear for a conference to discuss the outstanding issues raised in the parties' papers on September 22, 2020, at 2:00 p.m. At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m.

SO ORDERED.

Dated: September 15, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge